IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES B. FEINMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 7:19-cv-55-EKD |
| ) | |
| VOLKSWAGEN GROUP OF ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER STAYING CASE
PENDING RESOLUTION OF MOTION TO ENJOIN**

In consideration of the parties' Joint Stipulation to Stay Case Pending Resolution of Motion to Enjoin, it is hereby

**ORDERED**

as follows:

1. Plaintiff's Motion to Remand and Defendant's Motion to Stay are hereby stayed pending resolution of Defendant's motion in the multidistrict litigation, *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liab. Litig.*, No. 15-md-2672 (N.D. Cal.) (the "MDL" and the "MDL Court"), to enforce the MDL Court's October 25, 2016 Order approving a class action settlement in the MDL and enjoining Plaintiff from pursuing the claim asserted in this action (the "MDL Motion").

2. All pretrial matters in this case are hereby stayed pending resolution of the MDL Motion.

3. The parties shall promptly notify this Court after the MDL Court has decided the MDL Motion.

1

DATED: This 21st day of February, 2019.

/s/ Elizabeth K. Dillon
Hon. Elizabeth K. Dillon
United States District Court Judge

2